## PEW v. STATE.　(No. 7038.)

(Court of Criminal Appeals of Texas. June 7, 1922.)

Criminal law ⊗⇒1144(14)—Where record contains no statement of facts or bill of exceptions, court's refusal of special charges presumed authorized.

Where, in a prosecution for murder, the record contained no statement of facts or bill of exceptions, it will be presumed that the action of the trial judge in refusing special charges for accused was authorized.

Appeal from District Court, San Augustine County; V. H. Stark, Judge.

Leon Pew was convicted of murder, and he appeals. Affirmed.

R. G. Storey, Asst. Atty. Gen., for the State.

HAWKINS, J. Upon conviction for murder, punishment was fixed at 15 years' confinement in the penitentiary.

The record contains no statement of facts or bill of exceptions. Several special charges were requested and refused. There is no way whereby we may know the relevancy, or otherwise, of the requested charges, in the absence of the evidence. In the condition of the record, we must presume the action of the trial judge in refusing them was authorized.

The judgment is affirmed.